142 So. 919

**Frank BATES v. STATE.**

6 Div. 262.

Court of Appeals of Alabama.
May 24, 1932.

BRICKEN, P. J.
Affirmed.

139 So. 910

**Wayne BATES. v. STATE.**

7 Div. 820.

Court of Appeals of Alabama.
Jan. 19, 1932.

SAMFORD, J.
Appeal dismissed by appellant.

141 So. 919

**Farris BATSON v. STATE.**

6 Div. 230.

Court of Appeals of Alabama.
May 17, 1932.

BRICKEN, P. J.
Affirmed.

140 So. 924

**Ollie BATTLE v. STATE.**

2 Div. 495.

Court of Appeals of Alabama.
March 29, 1932.

RICE, J.
Appeal dismissed.

146 So. 916

**Risie BATTLE v. STATE.**

8 Div. 663.

Court of Appeals of Alabama.
Feb. 21, 1933.

SAMFORD, Judge.
Affirmed.

141 So. 919

**Geo. L. BAUBEY v. CITY OF BIRMINGHAM.**

6 Div. 223.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Affirmed.

141 So. 919

**Geo. L. BAUBEY v. CITY OF BIRMINGHAM.**

6 Div. 136.

Court of Appeals of Alabama.
May 10, 1932.

BRICKEN, P. J.
Affirmed.

145 So. 915

**George L. BAUBEY v. CITY OF BIRMING-HAM.**

6 Div. 275.

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Affirmed.